# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIANO BENITEZ, et al.<br><br>    Plaintiff,<br><br>v.<br><br>RAPID FUNDING SOLUTIONS LLC, et al.<br><br>    Defendants. | Case No.: 3:20-cv-1541-LAB-AHG<br><br>**ORDER OF DISMISSAL [Dkt. 4]** |

Plaintiff has filed a notice of dismissal without prejudice. Defendants have not answered or filed a responsive pleading. Pursuant to Fed. R. Civ. P. 41(a), this action is therefore **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 23, 2020

_Larry A. Burns_
Hon. Larry A. Burns
Chief United States District Judge